UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JACK MOORE BAILEY | CASE NO. 22-cv-1589 |
| -vs- | JUDGE DRELL |
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

The court having been advised of the settlement of the claims existing among the parties and their joint desire to close this litigation, it is hereby

ORDERED, ADJUDGED and DECREED that all claims in the above-captioned suit are DISMISSED WITH PREJUDICE with the right, upon good cause shown within SIXTY (60) DAYS to reopen the suit if settlement is not consummated. It is further

SPECIFICALLY ORDERED that the bench trial, currently scheduled for April 3, 2024, is CANCELLED and all pending motions are DENIED AS MOOT.

THUS DONE AND SIGNED at Alexandria, Louisiana this 30th day of January 2024.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT